IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FREDRICK McNEAL                                                                                    PETITIONER
REG. #28417-044

V.                                           NO.  2:05CV00018 JWC

LINDA SANDERS, Warden,                                                                      RESPONDENT
FCI, Forrest City, AR

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 19th day of June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE